PHILIP HERBST, Respondent, *v.* SAMUEL BELLACK, Appellant.

*Appeal — motion to dismiss as frivolous granted.*

*Herbst v. Bellack*, 195 App. Div. 928, appeal dismissed.
(Argued May 31, 1921; decided June 7, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1921, modifying

and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the appeal was frivolous and without merit.

*Henry Bogert Clark* for motion.
*Edward P. Mowton* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.